**DISMISS and Opinion Filed July 15, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00092-CV**

**JULIAN MARCO HERNANDEZ AND BAYLEE JANINE WILLIAMS,**
**Appellants**
**V.**
**KATURI VENKATARAMANA, Appellee**

**On Appeal from the County Court at Law No. 5**
**Collin County, Texas**
**Trial Court Cause No. 005-03796-2023**

## MEMORANDUM OPINION

Before Justices Reichek, Goldstein, and Garcia
Opinion by Justice Goldstein

Appellants' brief in this case is overdue. After appellants failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record and for appellants' brief to be filed by May 31, 2024. By postcard dated June 3, 2024, we informed appellants their brief was overdue and directed appellants to file a brief within ten days. We cautioned appellants that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellants have not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).


                                        /Bonnie Lee Goldstein/
                                        BONNIE LEE GOLDSTEIN
                                        JUSTICE
240092F.P05

–2–



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JULIAN MARCO HERNANDEZ
AND BAYLEE JANINE
WILLIAMS, Appellants

No. 05-24-00092-CV     V.

KATURI VENKATARAMANA,
Appellee

On Appeal from the County Court at
Law No. 5, Collin County, Texas
Trial Court Cause No. 005-03796-
2023.
Opinion delivered by Justice
Goldstein. Justices Reichek and
Garcia participating.

     In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered July 15, 2024

–3–